# United States Court of Appeals
# for the Fifth Circuit

———————

No. 22-11171
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

May 22, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jose Manuel Aveja,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CR-189-1

———————————————————————

Before Elrod, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Jose Manuel Aveja has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Aveja has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with

———————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-11171

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.